IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GILBERT R. KIMPEL | : | |
| | : | |
| v. | : | CIVIL NO. CCB-06-97 |
| | : | |
| BOARD OF COUNTY COMMISSIONERS | : | |
| OF CECIL COUNTY, ET AL. | : | |

...o0o...

## MEMORANDUM

Plaintiff Gilbert Kimpel has sued the Board of County Commissioners of Cecil County; the Cecil County Sheriff Barry A. Janney, Sr., and various members of his office; the Director of the Cecil County Detention Center ("CCDC"); the present and former Chiefs of Police of the Town of Elkton; and various members of the Elkton Police Department. His six-count complaint is based primarily on alleged violations of 42 U.S.C. § 1983 arising from incidents in January and February 2003 and on September 15, 2005, where Kimpel says essentially that he was subjected to excessive force and that the defendants were deliberately indifferent to his serious medical needs. Now pending are motions to dismiss filed by the Cecil County defendants and the current Elkton Chief of Police. The motions and related memoranda have been considered and my rulings follow:

(1)  Count Two (the conspiracy claims) are dismissed;

(2)  the claims against the Commissioners, the Chiefs of Police, Sheriff Janney, and the CCDC Director, to the extent based on a failure to train or supervise or on custom, policy, or practice, are not dismissed but are bifurcated for later discovery and trial, if warranted;

(3)  the claims against the Sheriff and his deputies in their official capacity are

dismissed as barred by the Eleventh Amendment;

(4) the claim against Mr. Foster in his official capacity is construed as a claim against the CCDC;

(5) all other claims against defendants in their individual capacities for excessive force, deliberate indifference, and related violations, whether under the First, Fourth, Fifth, or Fourteenth Amendments, are not dismissed and will remain in the case at this time; and

(6) a proposed scheduling order will be sent to counsel.

  September 13, 2006                                                                          /s/  
        Date                                                                         Catherine C. Blake  
                                                                                United States District Judge